FILED by SA D.C.

Sep 19, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80184-CR-RYSKAMP/HOPKINS

18 U.S.C. § 371
26 U.S.C. § 7206(2)

UNITED STATES OF AMERICA

v.

PAUL ANTHONY RUGGIERI,

Defendant.

_________________________________/

# INDICTMENT

The Grand Jury charges that:

## INTRODUCTION AND BACKGROUND

At all times material to this Indictment:

1. The Internal Revenue Service (IRS) was an agency within the Department of the Treasury responsible for administering and enforcing the tax laws of the United States, and collecting taxes owed to the Treasury of the United States by its citizens and other entities.

2. A Sub-Chapter S Corporation is a corporation that is generally required to file an informational tax return, known as a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, but is not, itself, required to pay federal income taxes on the profits or losses reported on this return. Instead, a Sub-Chapter S Corporation's profits or losses in any tax year flow through to, and are required to be reported on, the personal income tax returns of the Sub-Chapter S Corporation's shareholders, according to their percentage of ownership in the corporation. In this manner, the shareholders of a Sub-Chapter S corporation are required to pay federal income taxes on income generated by an S-Corporation.

3.  Defendant **PAUL ANTHONY RUGGIERI** was a resident of Parkland, in Broward County, in the Southern District of Florida. Anthony Andreozzi was a resident of Delray Beach, in Palm Beach County, in the Southern District of Florida.

4.  Anthony Andreozzi owned and operated F & A Concepts, Inc., and Galaxy Communications, Inc., which were adult entertainment businesses incorporated in the State of Florida. Anthony Andreozzi also owned and operated Charge Card Systems, Inc. (CCS) a Florida corporation and merchant services business which processed credit card payments for other companies.

5.  From at least the 2002 tax year, Defendant **PAUL ANTHONY RUGGIERI** provided accounting and return preparation services for Andreozzi, F&A Concepts, Inc., and Galaxy Communications, Inc. In 2004, Defendant **PAUL ANTHONY RUGGIERI** formed and was a partner at Strategic Accounting Alliance (SAA) which provided accounting services to the general public. In June 2006, SAA signed a consulting agreement with Charge Card Systems, Inc. (CCS) whereby SAA and **RUGGIERI** agreed to provide accounting and tax return preparation services to CCS. In 2008, **RUGGIERI** became the Chief Financial Officer of CCS. Through his consulting work and subsequent employment with CCS, **RUGGIERI** became familiar with the business practices of F & A Concepts, Inc., and Galaxy Communications, Inc. and was responsible for recording the income and expenses for F & A Concepts, Inc., and Galaxy Communications, Inc. in the accounting software "QuickBooks." Based on the "QuickBooks" data, Defendant **PAUL ANTHONY RUGGIERI** prepared the 2006, 2007, 2008, and 2009 federal income tax returns for Anthony Andreozzi, F&A Concepts, Inc., and Galaxy Communications, Inc.

**COUNT ONE**
**CONSPIRACY TO DEFRAUD THE UNITED STATES**
**18 U.S.C. § 371**

6. The allegations contained in paragraphs 1 through 5 above are realleged and incorporated by reference as though fully set forth herein.

7. From on or about January 1, 2006, the exact date being unknown, through on or about January 11, 2011, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendant,

**PAUL ANTHONY RUGGIERI,**

did knowingly and willfully conspire, combine, confederate, and agree with Anthony Andreozzi to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue, that is, federal income taxes.

**PURPOSE AND OBJECT OF THE CONSPIRACY**

8. It was the purpose of the conspiracy to unlawfully enrich Anthony Andreozzi and the Defendant by engaging in a fraudulent scheme to evade the payment of federal income taxes.

**MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

9. Anthony Andreozzi diverted corporate receipts of F & A Concepts, Inc. and Galaxy Communications, Inc. to his own use.

10. In order to conceal his diversion of corporate funds, Anthony Andreozzi instructed

Defendant **PAUL ANTHONY RUGGIERI** to falsify the "QuickBooks" for F & A Concepts, Inc. and Galaxy Communications, Inc. by classifying certain of Anthony Andreozzi's personal expenditures as business expenses.

11. Defendant **PAUL ANTHONY RUGGIERI** and co-conspirator Anthony Andreozzi caused the preparation and filing of false corporate tax returns for F &A Concepts, Inc. and false personal income tax returns for Anthony Andreozzi for the calendar years 2006, 2007, 2008, and 2009, and false corporate tax returns for Galaxy Communications, Inc. for the calendar years 2006 and 2007 in that the corporate returns included fraudulent business expenses which reduced the corporations' income and the personal returns failed to include the diverted corporate income, thereby understating Andreozzi's total income and the tax due and owing on his personal returns.

**OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY**

In furtherance of the conspiracy, and to effect the objects thereof, at least one of the conspirators committed and caused to be committed, at least one of the following overt acts, among others, in the Southern District of Florida, and elsewhere:

12. On or about September 17, 2007, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2006, for F & A Concepts, Inc., in which the defendant falsely reported Andreozzi's personal expenditures as business expenses.

13. On or about September 17, 2007, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2006, for Galaxy Communications, Inc., in which the defendant falsely reported Andreozzi's personal expenditures as business expenses.

14. On or about October 17, 2007, Defendant **PAUL ANTHONY RUGGIERI** prepared,

signed, and filed a U.S. Individual Income Tax Return, IRS Form 1040, for calendar year 2006, in which the defendant falsely understated Andreozzi's total income and tax due and owing.

15. On or about September 22, 2008, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2007, for Galaxy Communications, Inc., in which the defendant falsely reported Andreozzi's personal expenditures as business expenses.

16. On or about September 22, 2008, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2007, for F & A Concepts, Inc., in which the defendant falsely reported Andreozzi's personal expenditures as business expenses.

17. On or about October 22, 2008, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Individual Income Tax Return, IRS Form 1040, for calendar year 2007, in which the defendant falsely understated Andreozzi's total income and tax due and owing.

18. On or about September 28, 2009, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2008, for F & A Concepts, Inc., in which the defendant falsely reported Andreozzi's personal expenditures as business expenses.

19. On or about October 22, 2009, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Individual Income Tax Return, IRS Form 1040, for calendar year 2008, in which the defendant falsely understated Andreozzi's total income and tax due and owing.

20. On or about September 23, 2010, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Income Tax Return for an S Corporation, IRS Form 1120S, for calendar year 2009, for F & A Concepts, Inc., in which the defendant falsely reported Andreozzi's personal

expenditures as business expenses.

21. On or about October 21, 2010, Defendant **PAUL ANTHONY RUGGIERI** prepared, signed, and filed a U.S. Individual Income Tax Return, IRS Form 1040, for calendar year 2009, in which the defendant falsely understated Andreozzi's total income and tax due and owing.

All in violation of Title 18, United States Code, Section 371.

**COUNTS TWO THROUGH FIVE**
**AIDING AND ASSISTING THE FILING OF A FALSE TAX RETURN**
**26 U.S.C. § 7206(2)**

22. The allegations contained in paragraphs 1 through 5 and 9 through 21 are hereby realleged and incorporated by reference as though fully set forth herein.

23. On or about the dates hereinafter set forth, in the Southern District of Florida and elsewhere, the defendant,

**PAUL ANTHONY RUGGIERI,**

a resident of Parkland, Florida, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Income Tax Returns for an S Corporation, IRS Forms 1120S, for the corporations and calendar years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented on line 20 that the Corporations were entitled, under the provisions of the Internal Revenue laws, to claim "Total Deductions" in the amounts hereinafter specified, whereas, as the defendant then and there knew, the corporations were not entitled to claim "Total Deductions" in the claimed amounts; and further represented on line 21 that as a result of the false "Total Deductions," the corporations had "Ordinary Business Income" in the amounts hereinafter specified, whereas, as the defendant then and there knew, the corporations had substantially more "Ordinary Business Income" than the claimed amounts.

| COUNT | DATE OF OFFENSE | CORPORATION | TAX YEAR | TOTAL DEDUCTIONS CLAIMED AMOUNT | ORDINARY BUSINESS INCOME CLAIMED AMOUNT |
|---|---|---|---|---|---|
| 2 | September 22, 2008 | Galaxy Communications, Inc. | 2007 | $ 136,421 | $ 22,700 |
| 3 | September 22, 2008 | F & A Concepts, Inc. | 2007 | $ 752,969 | $ 104,554 |
| 4 | September 28, 2009 | F & A Concepts, Inc. | 2008 | $ 949,182 | $ 85,617 |
| 5 | September 23, 2010 | F & A Concepts, Inc. | 2009 | $ 587,907 | $ 38,556 |

All in violation of Title 26, United States Code, Section 7206(2).

**COUNTS SIX THROUGH NINE**
**AIDING AND ASSISTING THE FILING OF A FALSE TAX RETURN**
**26 U.S.C. § 7206(2)**

24. The allegations contained in paragraphs 1 through 5 and 8 through 21 are hereby realleged and incorporated by reference as though fully set forth herein.

25. On or about the dates hereinafter set forth, in the Southern District of Florida and elsewhere, the defendant,

**PAUL ANTHONY RUGGIERI,**

a resident of Parkland, Florida, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Return, IRS Form 1040, for Anthony Andreozzi, for the calendar years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented on line 17 that Anthony Andreozzi received income from his sub-chapter S corporations in amounts hereinafter specified, whereas, as the defendant then and there knew, Anthony Andreozzi had received substantially more income from his sub-chapter S corporations; and further represented on line

22 that Anthony Andreozzi had "Total Income" in the amounts hereinafter specified, whereas, as the defendant then and there knew, Anthony Andreozzi had substantially more "Total Income."

| COUNT | DATE OF OFFENSE | RETURN | SUB-CHAPTER S INCOME CLAIMED AMOUNT | TOTAL INCOME CLAIMED AMOUNT |
|---|---|---|---|---|
| 6 | October 17, 2007 | 2006 U.S. Individual Income Tax Return, IRS Form 1040, for Anthony Andreozzi | $ 199,474 | $ 579,296 |
| 7 | October 22, 2008 | 2007 U.S. Individual Income Tax Return, IRS Form 1040, for Anthony Andreozzi | $ 389,823 | $ 880,006 |
| 8 | October 22, 2009 | 2008 U.S. Individual Income Tax Return, IRS Form 1040, for Anthony Andreozzi | $ 170,622 | $ 766,170 |
| 9 | October 21, 2010 | 2009 U.S. Individual Income Tax Return, IRS Form 1040, for Anthony Andreozzi | $ 256,679 | $ 985,551 |

A True Bill.

Foreperson

WIFREDO A. FERRER
UNITED STATES ATTORNEY

STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

**vs.**

**CERTIFICATE OF TRIAL ATTORNEY***

**PAUL ANTHONY RUGGIERI**
**Defendant.**
______________________________/

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
___ FTL _X_ WPB ___ FTP

New Defendant(s) Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
List language and/or dialect ______________

4. This case will take _10_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one) (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | ____ | Petty | ____ |
| II | 6 to 10 days | _X_ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _NO_
If yes:
Magistrate Case No. ______________
Related Miscellaneous numbers: 11-MJ-8009-JMH, 11-MJ-8010-JMH
Defendant(s) in federal custody as of ______________
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________

Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _X_ No

[signature]
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: ______________________**

**BOND RECOMMENDATION**

DEFENDANT: PAUL ANTHONY RUGGIERI

$100,000 PERSONAL SURETY BOND (secured and co-signed by spouse.)
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: [signature]
AUSA: STEPHANIE D. EVANS

Last Known Address: ______________________

______________________

______________________

What Facility: ______________________

______________________

Agent(s): Special Agent Jason Leighton
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (OTHER)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** **PAUL ANTHONY RUGGIERI**

**Case No.:** ______________________________

Count #: 1

Conspiracy to defraud the United States.

18 U.S.C. §371

* **Max.Penalty**: 5 years imprisonment; 3 years supervised release; $250,000 fine.

Counts #: 2 - 9

Preparing false returns.

26 U.S.C. §7206(2)

* **Max.Penalty**: 3 years imprisonment; 1 year supervised release; $250,000 fine.